# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
### Eastern Division

Fujitsu Limited, et al.

                            Plaintiff,

v.                                                  Case No.: 1:09−cv−04530
                                                        Honorable James F. Holderman

Tellabs, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 12, 2011:

      MINUTE entry before Honorable James F. Holderman:Motion hearing held on 5/12/2011, regarding Fujitsu Limited's motion for leave to file[318] first amended complaint against Tellabs Operations, Inc. Tellabs, Inc. and Tellabs North America, Inc. is granted. Contention to interrogatories is to be provided by 6/16/11. Status hearing set for 6/21/2011 at 09:00 AM.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.