# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FUJITSU LIMITED, <br><br> PLAINTIFF <br><br> v. <br><br> TELLABS OPERATIONS, INC. AND TELLABS, INC., <br><br> DEFENDANTS. | CIVIL ACTION NO. 09 CV 04530 <br> *Complaint filed January 29, 2008* <br><br> JUDGE JAMES F. HOLDERMAN <br> MAGISTRATE JUDGE JEFFREY COLE <br><br> JURY TRIAL DEMANDED |
| TELLABS OPERATIONS, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> FUJITSU LIMITED AND FUJITSU NETWORK COMMUNICATIONS, INC., <br><br> DEFENDANTS. | CIVIL ACTION NO. 08 CV 3379 <br> *Complaint filed June 11, 2008* <br><br> JUDGE JAMES F. HOLDERMAN <br> MAGISTRATE JUDGE JEFFREY COLE <br><br> JURY TRIAL DEMANDED |
| FUJITSU LIMITED, <br><br> COUNTER CLAIMANT, <br><br> v. <br><br> TELLABS OPERATIONS, INC., TELLABS, INC., AND TELLABS NORTH AMERICA, INC., <br><br> COUNTER DEFENDANTS. | |
| FUJITSU NETWORK COMMUNICATIONS, INC., <br><br> COUNTER CLAIMANT, <br><br> v. <br><br> TELLABS OPERATIONS, INC., <br><br> COUNTER DEFENDANT. | |

**FUJITSU LIMITED'S AND FUJITSU NETWORK COMMUNICATIONS, INC.'S AGREED MOTION FOR LEAVE TO FILE ITS RESPONSE TO TELLABS' ORAL MOTION TO DISALLOW CERTAIN FUJITSU INFRINGEMENT THEORIES IN EXCESS OF FIFTEEN PAGES**

NOW COMES Fujitsu Limited and Fujitsu Network Communications, Inc. (collectively, "Fujitsu"), by and through their counsel, David C. Van Dyke, and for its Agreed motion for leave to file its response to Tellabs' oral motion to disallow certain Fujitsu infringement theories in excess of fifteen pages, states as follows:

**ARGUMENT**

1. Fujitsu requests leave to file its response to Tellabs' oral motion to disallow certain Fujitsu infringement theories in excess of fifteen pages. Its response brief is filed concurrently with this motion as Exhibit A and is 19 pages in length.

2. Counsel for Fujitsu has conferred with counsel for Tellabs and has been advised that Tellabs does not oppose this motion for leave to exceed page limitations.

3. Should this Court allow, Fujitsu also agrees to permit Tellabs to file a reply brief not to exceed the same amount of pages as Fujitsu's response brief.

**CONCLUSION**

WHEREFORE, Fujitsu Limited and Fujitsu Network Communications, Inc. respectfully request this Court grant Fujitsu's Agreed motion for leave to file its response to Tellabs' oral motion to disallow certain Fujitsu infringement theories in excess of fifteen pages.

Dated: July 12, 2011  Respectfully submitted,

    s/ David C. Van Dyke
David C. Van Dyke
Trisha K. Tesmer
Cassiday Schade LLP
20 N. Wacker Drive, Suite 1000
Chicago, IL 60606

Telephone: (312) 641-3100
Facsimile: (312) 444-1669
Email: dvandyke@cassiday.com
Email: tkt@cassiday.com

James C. Brooks
Orrick, Herrington & Sutcliffe, LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
Email:   jbrooks@orrick.com

Mark P. Wine
Orrick, Herrington & Sutcliffe, LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: (949) 567-6700
Facsimile: (949) 567-6710
Email:   mwine@orrick.com

David E. Wang
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
Email:   dwang@orrick.com

*Attorneys for*  **FUJITSU LIMITED** *and* **FUJITSU NETWORK COMMUNICATIONS, INC.**

7519453