IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>TELLABS OPERATIONS, INC., TELLABS INC, AND TELLABS NORTH AMERICA, INC.,<br><br>    Defendants. | Civil Action No. 1:09-CV-4530<br>Civil Action No. 1:12-CV-3229<br><br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE COLE<br><br>JURY TRIAL DEMANDED |

**FUJITSU LIMITED'S MOTION FOR JUDGMENT AS A MATTER OF LAW**

Fujitsu Limited ("Fujitsu") respectfully requests that the Court enter Judgment as a Matter of Law in favor of Fujitsu Limited on the defense of unenforceability raised by Tellabs Operations, Inc., Tellabs, Inc., and Tellabs North America, Inc. ("Tellabs").

Pursuant to Federal Rule of Civil Procedure 50, judgment as a matter of law is appropriate if "a party has been fully heard on an issue and there is no legally sufficient evidentiary basis for a reasonable jury to find for that party on that issue." *Pandya v. Edward Hosp.*, 1 F. App'x 543, 545 (7th Cir. 2001) (quoting Fed. R. Civ. P. 50). Tellabs has failed to offer sufficient evidence such that a reasonable jury could find in favor of Tellabs on its unenforceability defense related to Fujitsu's U.S. Patent No. 5,521,737.

WHEREFORE, Fujitsu Limited respectfully requests that the Court enter Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50 in favor of Fujitsu Limited and against Tellabs on the defense of unenforceability as to U.S. Patent No. 5,521,737.

Dated: July 21, 2014

Respectfully Submitted,

*/s/ David C. Van Dyke*
David C. Van Dyke

David C. Van Dyke // Joseph W. Barber
Emily E. Bennett

Howard & Howard Attorneys PLLC
200 South Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 456-3641
Facsimile: (312) 939-5617
Email: dvd@h2law.com
Email: jwb@h2law.com
Email: eeb@h2law.com

James C. Brooks // Michael D. Owens
Orrick, Herrington & Sutcliffe, LLP
777 South Figueroa Street, Suite 3200

Los Angeles, CA 90017-5855
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
Email:   jbrooks@orrick.com
Email:   mowens@orrick.com

Mark P. Wine //Mark J. Shean // Glen Liu
Orrick, Herrington & Sutcliffe, LLP
2050 Main Street, Suite 1100
Irvine, CA 92618
Telephone: (949) 567-6700
Facsimile: (949) 567-6710
Email:   mwine@orrick.com
Email:   mshean@orrick.com
Email:   gliu@orrick.com

*Attorneys for* **FUJITSU LIMITED**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2014, I provided service to all counsel by causing a true and correct copy of **FUJITSU LIMITED'S MOTION FOR JUDGMENT AS A MATTER OF LAW** to be served on all counsel of record by the Court's CM/ECF System.


Dated: July 21, 2014                             *s/ David C. Van Dyke*
                                                 David C. Van Dyke (#6204705)
                                                 Howard & Howard Attorneys PLLC
                                                 200 South Michigan Ave. Suite 1100
                                                 Chicago IL 60604
                                                 Telephone: (312) 456-3641
                                                 Facsimile: (312) 939-5617
                                                 Email: dvd@h2law.com